IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN SCHLINK, individually and on behalf of all similarly-situated persons, | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | Case No.  15 C 5894 |
| v. | ) ) | |
| | ) | Magistrate Judge Sidney Schenkier |
| FIRE KING INTERNATIONAL, INC., d/b/a FIRE KING SECURITY GROUP | ) ) | (By Consent) |
| | ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF
PROPOSED SETTLEMENT AND FOR CLASS CERTIFICATION**

**NOW COMES** the Plaintiff, by and through her undersigned counsel, and for the reasons set forth in the attached Memorandum of Law, respectfully requests the Court grant her request for preliminary approval of the parties' proposed class action settlement.

Respectfully submitted,

s/ M. Nieves Bolaños
One of Plaintiffs' Attorneys

Robin Potter, Esq.
M. Nieves Bolaños, Esq.
Patrick Cowlin, Esq.
ROBIN POTTER & ASSOCIATES, P.C.
111 East Wacker Street, Suite 2600
Chicago, Illinois 60601
(312) 861-1800
robin@potterlaw.org
nieves@potterlaw.org
patrick@potterlaw.org