# EXHIBIT A

Schlink v. FireKing Int'l
Case No. 15 C 5894
**Exhibit A to Settlement Agreement**

| Last Name | First Name | Damages (Including Liquidated Damages for Opt-Ins) | Interest | Total Settlement Distribution |
|---|---|---|---|---|
| Baig | Mirza S | $ 2,219.00 | $ 945.75 | $ 3,164.75 |
| Baker | Ashley N | $ 894.47 | $ 381.23 | $ 1,275.70 |
| Belle | Miyoshi | $ 976.50 | $ 416.19 | $ 1,392.69 |
| Burney | Edward | $ 2,825.20 | $ 1,204.12 | $ 4,029.32 |
| Campbell | Tahdia Bianca | $ 582.20 | $ 248.14 | $ 830.34 |
| Carrano | Jessica C | $ 3,074.78 | $ 1,310.49 | $ 4,385.27 |
| Collins | Maishia | $ 58.30 | $ 24.85 | $ 83.15 |
| Daniel | Stacie | $ 58.56 | $ 24.96 | $ 83.52 |
| Dobias | Jerry J | $ 325.13 | $ 138.57 | $ 463.70 |
| Dortch | Amos | $ 2,123.53 | $ 905.06 | $ 3,028.59 |
| Fonseca | Carmen Yazmin | $ 800.40 | $ 341.14 | $ 1,141.54 |
| Gowdy | Torrance | $ 166.49 | $ 70.96 | $ 237.44 |
| Harris | Terry A | $ 915.46 | $ 390.17 | $ 1,305.63 |
| Hood | Karol | $ 2,261.29 | $ 963.78 | $ 3,225.07 |
| Jacobs | Donald W | $ 1,039.73 | $ 443.14 | $ 1,482.87 |
| Jones | Tyson J | $ 1,352.67 | $ 576.52 | $ 1,929.19 |
| Killelea | Richard | $ 5,356.22 | $ 2,282.86 | $ 7,639.08 |
| Laabs | Brian J | $ 1,519.08 | $ 647.44 | $ 2,166.52 |
| Lee | Patricia | $ 1,557.39 | $ 663.77 | $ 2,221.17 |
| Magana | Liliana | $ 115.35 | $ 49.16 | $ 164.51 |
| Miller | Ian | $ 121.09 | $ 51.61 | $ 172.70 |
| Moore | Alicia K | $ 533.88 | $ 227.54 | $ 761.42 |
| Morano | Rocco | $ 676.44 | $ 288.30 | $ 964.74 |
| Nugin | Rudolph | $ 3,438.52 | $ 1,465.52 | $ 4,904.04 |
| Orr | Ronda | $ 101.07 | $ 43.08 | $ 144.15 |
| Platt | Batina | $ 26.31 | $ 11.21 | $ 37.52 |
| Puente | Rosa L | $ 847.03 | $ 361.01 | $ 1,208.03 |
| Redden | Anya | $ 4,556.93 | $ 1,942.20 | $ 6,499.13 |
| Rezner | Elizabeth | $ 1,551.13 | $ 661.11 | $ 2,212.24 |
| Rodriguez | Patricia | $ 2,225.06 | $ 948.34 | $ 3,173.40 |
| Romaneschi | Ju Hee | $ 3,377.34 | $ 1,439.45 | $ 4,816.79 |
| Schlink | Susan | $ 7,428.74 | $ 3,166.19 | $ 10,594.93 |
| Sneed | Adam | $ 2,714.79 | $ 1,157.06 | $ 3,871.86 |
| Stoklosa | Mary | $ 2,470.66 | $ 1,053.02 | $ 3,523.68 |
| Thomas | Lakisha | $ 23.99 | $ 10.22 | $ 34.21 |
| Tyler | Elizabeth | $ 1,985.07 | $ 846.05 | $ 2,831.12 |
| | | | TOTAL | $ 86,000.00 |

| Summary | |
|---|---|
| Settlement Amount | $ 136,000.00 |
| Attorneys' Fees/Costs | $ 40,000.00 |
| Incentive Award | $ 10,000.00 |
| **Total Distribution to Class** | **$ 86,000.00** |