# EXHIBIT B

## NOTICE OF CLASS ACTION SETTLEMENT
**For Persons Who Worked for FKI Security Group, LLC (a.k.a. Fire King International and/or Fire King Security Group) ("Fire King")   as a Customer Service Representative or other Similar Position between July 2, 2012 and the present and who is included in Exhibit A to the Settlement Agreement.**

A settlement has been proposed in a class action lawsuit filed against FKI Security Group, LLC (a.k.a. Fire King International and/or Fire King Security Group) ("Fire King") (Schlink, et al. *v. Fire King Int'l, Inc.,* Case No. 15-cv-5894), alleging that (1) the Company failed to pay salaried Customer Service Representatives and other similar positions overtime wages between July 2, 2012 and December 31, 2014, and (2) the Company failed to pay proper overtime rates to Customer Service Representatives and other similar positions between January 1, 2015 through the present ("Class Period").   You are receiving this Notice because Fire King's records reflect that you are a class member.   Fire King has agreed to pay $136,000.00 to settle this action.   You may: (1) do nothing and get a share of the settlement; (2) exclude yourself from the settlement and not receive a share; or (3) object to the settlement and still receive a share. The U.S. District Court for the Northern District of Illinois has authorized this Notice.   Before any money is paid, the Court will have a hearing to decide whether to approve the Settlement.

### Who Is Included in the Settlement?

This class action and settlement includes persons who worked for Fire King in the job position Customer Service Representative or a similar position between July 2, 2012 and the present and who were paid on a salary basis and/or who were paid an improper overtime rate and are included on Exhibit A to the Settlement Agreement. A copy of the Settlement Agreement can be provided by contacting Class Counsel.

### What Is the Lawsuit About?

The lawsuit claimed violations of the Illinois Minimum Wage Law and the federal Fair Labor Standards Act for unpaid overtime wages as a result of Fire King's (1) classification of salaried Customer Service Representatives and similar positions as exempt from overtime and (2) failure to pay proper overtime rates to persons working as Customer Service Representatives and other similar positions after January 1, 2015.   Both sides agreed to the settlement to resolve the case.   You can get more information, including a detailed notice, by calling Class Counsel at **(312) 861-1800.**

### What Does the Settlement Provide?

Fire King has agreed to pay $136,000.00 to settle this action.   The parties estimate that about $86,000 will be available for distribution to class members. **Your estimated recovery in this settlement is $_____ in unpaid overtime and $_____ in interest/penalties/and other enhancement payments.**   For a full explanation of how the payments were calculated, please see the Settlement Agreement, Section IV.8, available by calling Class Counsel at (312) 861-1800.

Unless you exclude yourself from the settlement as explained below, you will release and forever discharge all claims you have against Fire King for wages, interest, liquidated damages, and/or other damages under the Illinois Minimum Wage Law and Fair Labor Standards Act for the period of time you worked in the job position of Customer Service Representative or similar positions during the period from July 2, 2012 through the present.   .

### What Are Your Options?

If you wish to participate in the settlement and receive a settlement award, you do not need to do anything.   A check will be mailed to you.

If you don't want to be legally bound by the settlement, you must exclude yourself by _____, 2016.   To do so, you must mail your written request for exclusion to Class Counsel at the below address and provide your name, address, telephone number and last four digits of the Social Security Number you used while working at Fire King.   If you exclude yourself, you will not receive money from this settlement, but you may be able to sue or continue to sue Fire King for the legal claims at issue in this case.

If you stay in the settlement, you may object to it by _____, **2016.**   If you want to object to the Settlement, you must mail a written statement to the Clerk of the Court and to Class Counsel by _____, **2016.**   No class member shall be entitled to be heard at the Final Approval hearing or to object to the settlement, unless written notice of the Class Member's intention to appear has been mailed to the Clerk of the Court and to Class Counsel by _____, **2016.**   The complete notice further explains how to exclude yourself from the settlement or object to the settlement.   You may review the complete notice and/or the Settlement Agreement prior to excluding yourself or objecting to the terms of the settlement by requesting one from Class Counsel:

Robin Potter & Associates, P.C.
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
phone:   (312) 861-1800
fax:   (312) 861-3009
firekingclassaction@potterlaw.org

### How Do I Update My Contact Information?

You must notify Class Counsel of any changes in your mailing address so that your settlement award will be sent to the correct address.   To update your mailing address, contact Class Counsel at the address listed above.

### When Is the Final Approval Hearing?

The Court will hold a hearing in this case on _____, 2016, in Courtroom 1843, United States Courthouse, 219 S. Dearborn St., Chicago, Illinois 60604 at __:__ _.m., to consider, among other things, (1) whether to approve the settlement, (2) a request by the lawyers representing all class members to an award of no more than $40,000.00 in attorney's fees and   costs for litigating the case and negotiating a settlement; and (3) a request for $10,000.00 as an enhancement award to the class representative for her service to the Class in initiating and pursuing the litigation. You may ask to appear at the hearing, but you don't have to appear.