## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing

**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PROPOSED**

**SETTLEMENT AND FOR CLASS CERTIFICATION** was served upon all parties listed on

the Court's ECF filing, through the Court's CM/ECF system on this 30th day of September,

2016.


By:     /s/ M. Nieves Bolanos
        One of Plaintiffs' Attorneys