# IN THE UNITED STATES DISTRICT COURT
## FOR NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SUSAN SCHLINK, individually and on behalf of all similarly-situated persons, ) ) ) Plaintiffs, ) ) v. ) ) FIRE KING INTERNATIONAL, INC., d/b/a ) FIRE KING SECURITY GROUP ) ) Defendants. ) ) | Case No.  15 C 5894<br><br>Magistrate Judge Sidney Schenkier<br>(By Consent) |

## THE PARTIES' JOINT MOTION FOR FINAL APPROVAL OF THE PARTIES' CLASS ACTION SETTLEMENT

**NOW COME** the Parties, by and through their undersigned counsel, and for the reasons set forth in the attached Memorandum of Law, respectfully request the Court grant their request for final approval of the parties' proposed class action settlement.

Respectfully submitted,

s/ M. Nieves Bolaños
One of Plaintiffs' Attorneys

Robin Potter, Esq.
M. Nieves Bolaños, Esq.
Patrick Cowlin, Esq.
ROBIN POTTER & ASSOCIATES, P.C.
111 East Wacker Street, Suite 2600
Chicago, Illinois 60601
(312) 861-1800
robin@potterlaw.org
nieves@potterlaw.org
patrick@potterlaw.org