# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SUSAN SCHLINK, individually and on behalf of all similarly-situated persons, ) ) ) Plaintiffs, ) ) v. ) ) FIRE KING INTERNATIONAL, INC., d/b/a ) FIRE KING SECURITY GROUP ) ) Defendants. ) ) | Case No. 15 C 5894 Magistrate Judge Sidney Schenkier (By Consent) |

**PLAINTIFF'S UNOPPOSED
MOTION TO SUPPLEMENT SUBMISSIONS RELEVANT TO
FINAL APPROVAL OF THE PARTIES' CLASS ACTION SETTLEMENT**

NOW COMES the Plaintiff, Susan Schlink, on behalf of a class of similarly situated persons, by and through her undersigned counsel, and hereby requests leave to supplement the Parties' submissions filed in support of their Joint Motion for Final Approval of the Class Action Settlement. ECF 54-1. For the following reasons, the Motion should be granted:

1. On January 18, 2017, the parties filed their Motion for Final Approval of the Class Action Settlement. ECF 54-1. The Motion averred that no Summary Notices which had been mailed to absent class members had been returned by the United States Postal Service due to a bad address. *Id.*, at p. 9. Plaintiffs' Counsel has since discovered that two Summary Notices were returned due to a bad address.

2. Plaintiff's undersigned counsel M. Nieves Bolaños has communicated by telephone with the two class members whose Notices were returned, and Defendants have delivered copies of their respective Summary Notices by electronic mail and copied Plaintiffs' Counsel.

3. These two Class Members do not intend to object to the Settlement or to file a Request for Exclusion from the Settlement.

4. Plaintiffs' Counsel respectfully submit that the return of these two Notices by the USPS due to bad addresses does not materially affect the analysis set forth in the Parties' Memorandum in support of Final Approval.

5. For the reasons set forth therein, the Settlement Agreement should be approved.

**WHEREFORE**, for the reasons set forth above, Plaintiffs' request for leave to supplement the Parties' submissions in support of their Motion for Final Approval of the Class Action Settlement should be granted.

Respectfully submitted,

s/ M. Nieves Bolaños
One of Plaintiffs' Attorneys

Robin Potter, Esq.
M. Nieves Bolaños, Esq.
Patrick Cowlin, Esq.
POTTER & BOLANOS, P.C.
111 East Wacker Street, Suite 2600
Chicago, Illinois 60601
(312) 861-1800
robin@potterlaw.org
nieves@potterlaw.org
patrick@potterlaw.org

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing **PLAINTIFF'S UNOPPOSED MOTION TO SUPPLEMENT SUBMISSIONS RELEVANT TO FINAL APPROVAL OF THE PARTIES' CLASS ACTION SETTLEMENT** was served upon all parties by e-filing on January 27, 2017 with the Clerk of the Court using the CM/ECF system.

                                                      /s/ M. Nieves Bolanos
                                                      M. Nieves Bolanos